# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATUL BISARIA, ) | |
| ) | |
| Appellant, ) | 2: 11-cv-00854 |
| ) | |
| v. ) | |
| ) | |
| OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF SHUBH HOTELS ) | |
| PITTSBURGH, LLC, ) | |
| ) | |
| Appellees. ) | |

## ORDER OF COURT

**AND NOW**, this 5th day of August, 2011, the Court having considered the MOTION TO SUBSTITUTE DR. KIRAN PATEL, DR. PALLAVI PATEL, AND PITTSBURGH GRAND, LLC AS THE REAL PARTIES IN INTEREST AND APPELLEES IN PLACE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SHUBH HOTELS PITTSBURGH, LLC IN APPEAL BY ATUL BISARIA OF THE BANKRUPTCY COURT'S MEMORANDUM OPINION AND ORDER OF MAY 16, 2011 PURSUANT TO F.R.C.P. RULE 25(C) (Document No. 6), it is hereby **ORDERED, ADJUDGED, DETERMINED FOUND AND DECREED** that Drs. Patel and Pittsburgh Grand, LLC have, by virtue of the terms of the confirmed and effective Plan, and the cessation of the Committee's existence, succeeded to and become the real parties in interest from the Appellee's side of the case.

Accordingly, the Court does, in accord with F.R.C.P. Rule 25(c) substitute Dr. Kiran Patel, Dr. Pallavi Patel and Pittsburgh Grand, LLC as the real parties in interest after the Effective Date of the Plan, June 9, 2011, from the Appellees' side of the case, and does name them as the Appellees in the pending appeal.

The caption of this case is amended as follows:

```
ATUL BISARIA,                    )
                                 )
        Appellant.                )
                                 )
        v.                       )
                                 )
DR. KIRAN PATEL,                 )
DR. PALLAVI PATEL, and           )
PITTSBURGH GRAND, LLC,           )
                                 )
        Appellees.                )
```

                                                  BY THE COURT:

                                                  /s Terrence F. McVerry
                                                  United States District Court Judge

cc:      Keith T. Grumer, Esquire
          Grumer & Macaluso, P.A.
          Email: KGrumer@grumerlaw.com

          Robert O. Lampl, Esquire
          Email: rol@lampllaw.com

          David W. Lampl, Esquire
          Leech, Tishman, Fuscaldo & Lampl, LLC
          Email: dlampl@leechtishman.com

          John M. Steiner, Esquire
          Leech, Tishman, Fuscaldo & Lampl
          Email: jsteiner@leechtishman.com

          James R. Walsh, Esquire
          Spence, Custer, Saylor, Wolfe & Rose
          Email: jwalsh@spencecuster.com